# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 30, 2025

Ms. Lisa Schiavo Blatt
Williams & Connolly, L.L.P.
680 Maine Avenue, S.W.
Washington, DC 20024

Mr. Michael Dolce
Hayes Dolce
135 Delaware Avenue
Suite 502
Buffalo, NY 14202

Mr. Gregoire Sauter
National Labor Relations Board
Appellate & Supreme Court Litigation Branch
1015 Half Street, S.E.
Washington, DC 20570

  No. 24-60649  Starbucks v. NLRB
          USDC No. 03-CA-296757
          USDC No. 03-CA-299016
          USDC No. 03-CA-302451

Dear Counsel,

You must submit the 6 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

You must submit the 4 paper copies of your record excerpts required by 5th Cir. R. 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See 5th Cir. R. 30.1.7(c).

**The covers of your documents must be the following colors: Appellant's brief must be blue. Appellee's brief must be red. Appellant's Record excerpts must be white and contain physical tabs that extend beyond the edge of the document. Appellant's reply brief must be gray. Intervenor's brief must be green.**

You may refer to Fed. R. App. P. 32 for guidance regarding paper copies of briefs and record excerpts.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Kim M. Pollard, Deputy Clerk
                        504-310-7635

cc:
    Ms. Ruth E. Burdick
    Ms. Claire Rossell Cahill
    Mr. Jason Clayton
    Ms. Usha Dheenan
    Mr. Jeffrey S. Hiller
    Mr. Jonathan O. Levine
    Ms. M. Kathleen McKinney
    Mr. Jared Odessky
    Mr. Manuel Alfonso Quinto-Pozos
    Ms. Amy Mason Saharia