# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

December 18, 2025

No. 24-60649     Starbucks v. NLRB
USDC No. 03-CA-296757
USDC No. 03-CA-299016
USDC No. 03-CA-302451

Dear Counsel,

The above referenced case has been scheduled for oral argument on 02/02/2026. It will be held in New Orleans -  West Courtroom at 9:00.  The Oral Argument session number is 28.

**Arguing counsel is responsible for electronically filing the Oral Argument Acknowledgment Form by no later than January 5, 2026.** To submit your form, log in to CM/ECF and select the event 'Oral Argument Acknowledgment Form Filed.' Please include your session number when completing the Oral Argument Acknowledgment Form.

IMPORTANT: Please confer with all counsel on your side regarding the order and division of time before submitting the form. This step is critical to ensure you are providing the court with accurate information. The court will not allow any changes except in emergency situations.

**The Oral Argument Acknowledgment Form is available on our website at https://www.ca5.uscourts.gov/oral-argument-information/attending-oral-arguments.** Also available on this page are links to the 'Court and Special Hearings Calendar' and 'Court Policy on Electronic Devices'.

If you have not electronically filed a "Form for Appearance of Counsel," you must do so before filing the Oral Argument Acknowledgment Form.  You must name each party you represent, See Fed. R. App. P. and 5th Cir. R. 12.  The form is available at https://www.ca5.uscourts.gov/appearanceform.  Attorneys appointed under the Criminal Justice Act are exempt from the requirement to file a Form for Appearance of Counsel.

To ensure that we can provide all pertinent materials to the court before argument, we must receive any additional filings in this office by noon on the workday immediately preceding the day your case is scheduled for argument. Exceptions will be made for emergencies only.

<u>Notice to Court Appointed Counsel:</u> Please review for information on CJA travel at https://www.ca5.uscourts.gov/oral-argument-information/attorney-information/cja-travel-information.

All questions regarding the scheduling and argument of this case should be directed to the assigned courtroom deputy, Olivia Andry at 504-310-7633.

Sincerely,

LYLE W. CAYCE, Clerk

By: Olivia G. Andry, Calendar Clerk

cc:
    Ms. Lisa Schiavo Blatt
    Ms. Ruth E. Burdick
    Ms. Claire Rossell Cahill
    Mr. Jason Clayton
    Ms. Usha Dheenan
    Mr. Michael Dolce
    Mr. Jeffrey S. Hiller
    Mr. Jonathan O. Levine
    Ms. M. Kathleen McKinney
    Mr. Jared Odessky
    Mr. Manuel Alfonso Quinto-Pozos
    Ms. Amy Mason Saharia
    Mr. Gregoire Sauter