# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 31, 2026

TO COUNSEL LISTED BELOW:

　　No. 24-60649　　Starbucks v. NLRB

Dear Counsel:

This is to advise that the oral argument of this case has been moved from Monday, February 2, 2026 at 9:00 a.m., to Monday, February 2, 2026, at 1:00 p.m.

Please acknowledge receipt of this calendar via email to charles_whitney@ca5.uscourts.gov

　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　LYLE W. CAYCE, Clerk

　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　Charles B. Whitney
　　　　　　　　　　　　　Calendar Clerk
　　　　　　　　　　　　　504-310-7679

Ms. Lisa Schiavo Blatt
Ms. Ruth E. Burdick
Ms. Claire Rossell Cahill
Mr. Jason Clayton
Ms. Usha Dheenan
Mr. Michael Dolce
Mr. Joel Abraham Heller
Mr. Jeffrey S. Hiller
Mr. Jonathan O. Levine
Ms. M. Kathleen McKinney
Mr. Jared Odessky
Mr. Manuel Alfonso Quinto-Pozos
Ms. Amy Mason Saharia
Mr. Gregoire Sauter