# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

May 14, 2026

Lyle W. Cayce
Clerk

————————————

No. 24-60649

————————————

STARBUCKS CORPORATION,

*Petitioner/Cross-Respondent*,

*versus*

NATIONAL LABOR RELATIONS BOARD,

*Respondent/Cross-Petitioner.*

_____

Petition for Review from an Order of the
National Labor Relations Board
Agency No. 03-CA-296757
Agency No. 03-CA-299016
Agency No. 03-CA-302451

_____

## JUDGMENT

Before STEWART, GRAVES, and OLDHAM, *Circuit Judges*.

This cause was considered on the record of the National Labor Relations Board and was argued by counsel.

IT IS ORDERED and ADJUDGED that the petition for review is GRANTED, the Board's decision is VACATED, and the cause is REMANDED for further proceedings consistent with the opinion of this court.

No. 24-60649

IT IS FURTHER ORDERED that Respondent NLRB pay to Petitioner Starbucks Corporation the costs on appeal to be taxed by the Clerk of this Court.

ANDREW S. OLDHAM, *Circuit Judge*, concurring in part.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See FED. R. APP. P. 41(B). The court may shorten or extend the time by order. See 5TH CIR. R. 41 I.O.P.

**Certified as a true copy and issued as the mandate on Jul 06, 2026**

**Attest:**

**Clerk, U.S. Court of Appeals, Fifth Circuit**

2